# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LEROY EDWIN OVERLAND & BARBARA S. OVERLAND          Case Number: 08-71749
9321 DENSMORE DRIVE                    SSN-xxx-xx-1651 & xxx-xx-1895
ROSCOE, IL  61073

Case filed on:          6/4/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $6,850.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,500.00 | 3,500.00 | 2,250.00 | 0.00 |
| | Total Legal | 3,500.00 | 3,500.00 | 2,250.00 | 0.00 |
| | | | | | |
| 004 | UCB COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WELTMAN, WEINBERG & REIS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MEYER & NJUS, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MEYER & NJUS, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MEYER & NJUS, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | LEROY EDWIN OVERLAND | 0.00 | 0.00 | 4,412.30 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 4,412.30 | 0.00 |
| | | | | | |
| 002 | PHH MORTGAGE CORP SERVICE CENTER | 132,986.38 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 132,986.38 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | GREENWOOD STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ROUNDUP FUNDING LLC | 16,344.89 | 6,537.96 | 0.00 | 0.00 |
| 005 | FIA CARD SERVICES aka BANK OF AMERICA | 27,450.47 | 10,980.19 | 0.00 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,350.17 | 940.07 | 0.00 | 0.00 |
| 009 | VATIV RECOVERY SOLUTIONS LLC | 6,324.45 | 2,529.78 | 0.00 | 0.00 |
| 010 | CHASE BANK USA NA | 16,055.78 | 6,422.31 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 7,372.02 | 2,948.81 | 0.00 | 0.00 |
| 012 | ECMC | 14,014.81 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,356.93 | 542.77 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 764.19 | 305.68 | 0.00 | 0.00 |
| 016 | CHASE BANK USA NA | 1,410.74 | 564.30 | 0.00 | 0.00 |
| 017 | KS / GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 3,853.00 | 1,541.20 | 0.00 | 0.00 |
| 023 | RHM PATHOLOGISTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD GASTROENTEROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD HEALTH PHYSICIANS | 792.10 | 316.84 | 0.00 | 0.00 |
| 026 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 8,821.15 | 3,528.46 | 0.00 | 0.00 |
| 028 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD RADIOLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PORTFOLIO RECOVERY ASSOCIATES | 13,844.58 | 5,537.83 | 0.00 | 0.00 |
| 033 | ROUNDUP FUNDING LLC | 2,680.46 | 1,072.18 | 0.00 | 0.00 |
| | Total Unsecured | 123,435.74 | 43,768.38 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 259,922.12 | 47,268.38 | 6,662.30 | 0.00 |

Total Paid Claimant:      $6,662.30
Trustee Allowance:        $187.70
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

# United States Bankruptcy Court

### of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on <u>03/26/2009</u>                    By <u>  /s/Heather M. Fagan</u>